B6D (Official Form 6D) (12/07)

In re Howell & McNeil Development, LLC          Case No. 11-53338
                    Debtor                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8313780271<br>California Bank & Trust<br>1900 Main St., Suite 150<br>Irvine, CA 92614 | X | | 04/07/2011<br>Deed of Trust<br>631 Beach Dr.<br>Aptos, CA 95003<br>APN 043-161-53<br><br>VALUE $500,000.00 | X | X | X | 1,749,013.90 | 0.00 |

0  continuation sheets attached

Subtotal ►
(Total of this page)          $ 1,749,013.90   $ 0.00

Total ►
(Use only on last page)       $ 1,749,013.90   $ 0.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)