B6F (Official Form 6F) (12/07)

In re  Howell & McNeil Development, LLC                    Case No. 11-53338
               Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| ACCOUNT NO. Gregory Howell 125 Glen Ridge Los Gatos, CA 95030 | | | | X | X | | 500,000.00 |
| ACCOUNT NO. Timothy McNeil 15300 Winchester Blvd #8 Los Gatos, CA 95030 | | | | X | X | | 500,000.00 |

0  Continuation sheets attached

Subtotal ► $ 1,000,000.00

Total ► $ 1,000,000.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)